# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 22-20191-JAD |
|   Marcus A. Costanza, | ) | |
|   Linda M. Costanza, | ) | Chapter 13 |
|     Debtors. | ) | |
|   Marcus A. Costanza, | ) | |
|   Linda M. Costanza, | ) | Related to Document No. |
|     Movants, | ) | |
| | ) | |
|     v. | ) | Hearing Date and Time: |
| | ) | |
|   Flagstar Bank, | ) | |
| | ) | |
|     Respondent. | ) | |

## AMENDED
## CERTIFICATE OF SERVICE

    I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the forgoing Motion for Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness on the following parties at the addresses listed below on March 1, 2022, via electronic mail and/or first-class mail postage prepaid:

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098

Flagstar Bank
P.O. Box 660263
Dallas, TX 75266-0263

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: March 1, 2022    By:   /s/Amy L. Zema
    Amy L. Zema, Esquire
    PA ID 74701
    2366 Golden Mile Hwy., #155
    Pittsburgh, PA 15239
    (412) 744-4450
    amy@zemalawoffice.com