# UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

In re: Marcus A Costanza  
      Linda M. Costanza

Case # 22-20191

Claim # 11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 11 dated March 2, 2022.

Dated: April 7, 2022

/s/ Angela Walmsley  
Lead Bankruptcy Specialist  
Midland Credit Management, Inc.  
PO Box 2037  
Warren, MI 48090  
Phone: 877-495-2902  
Fax: 866-818-1718  
Email: bankruptcydm@mcmcg.com