# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20191-JAD |
| Marcus A. Costanza, | ) | |
| Linda M. Costanza, | ) | Chapter 13 |
| Debtors. | ) | |
| Marcus A. Costanza, | ) | |
| Linda M. Costanza, | ) | Related to Document No. |
| Movants, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | July 15, 2022 |
| Flagstar Bank, | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, certify under penalty of perjury that I served the Motion to Authorize Loan Modification, Exhibit, Proposed Order, Loan Modification Summary and Notice of Hearing via electronic mail and/or first-class mail postage prepaid on all parties listed on the attached Court Mailing Matrix and on the following:

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098

Flagstar Bank
P.O. Box 660263
Dallas, TX 75266-0263

Brian C. Nicholas, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorney for Flagstar Bank
bhicholas@kmllawgroup.com

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: June 10, 2022

/s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
(412) 744-4450
amy@zemalawoffice.com
*Attorney for Debtors*