**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20191-JAD |
| Marcus A. Costanza, | ) | |
| Linda M. Costanza, | ) | Chapter 13 |
| Debtors. | ) | |
| Marcus A. Costanza, | ) | |
| Linda M. Costanza, | ) | Related to Document No. |
| Movants, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | August 3, 2022 at 10:00 a.m. |
| Flagstar Bank, | ) | |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION TO AUTHORIZE LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Debtors to Authorize Loan Modification filed on June 10, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than June 27, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Date:  July 5, 2022

s/Amy L. Zema
Amy L. Zema, Esquire
Attorney for Debtor
PA I.D. # 74701
2366 GOLDEN MILE HWY. #155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com