**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22-20191-JAD |
| Marcus A. Costanza, | ) | |
| Linda M. Costanza, | ) | Chapter 13 |
| Debtors. | ) | |
| | ) | FILED |
| Marcus A. Costanza, | ) | 7/28/22 12:10 pm |
| Linda M. Costanza, | ) | CLERK |
| Movants, | ) | U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| v. | ) | Related to Document No. 36 |
| | ) | |
| Flagstar Bank, | ) | Hearing Date and Time: |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, upon consideration of Debtors' Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1. The Debtor is approved to enter into a Loan Modification agreement with Flagstar Bank under the following terms:

   a. Principal balance: $67,073.98
   b. Effective Date: July 1, 2022
   c. End Date: September 1, 2047
   d. Payment schedule as follows:

| | LOAN MODIFICATION TERMS |
|---|---|
| Unpaid Principal Balance | $107,437.79 |
| Arrearages | $0.00<br>($22,949.34 deferred interest free to 9/1/2047) |
| Maturity Date | September 1, 2047 |
| Interest Rate | 4.112% |
| Total payment including escrow | $812.71 |
| Effective Date | July 1, 2022 |

2.	If the loan modification approved by the Court impacts the provisions of the debtor's Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

3.	If the loan modification approved by the Court results in a material change in the debtor's expenses, the debtor shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated: July 28, 2022

jsf

United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20191-JAD |
| Marcus A. Costanza | Chapter 13 |
| Linda M. Costanza | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marcus A. Costanza, Linda M. Costanza, 641 Virginia Avenue, Rochester, PA 15074-1254 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Debtor Marcus A. Costanza amy@zemalawoffice.com |
| Amy L. Zema | |
| | on behalf of Joint Debtor Linda M. Costanza amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| Gary W. Darr | |
| | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Jul 28, 2022     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 7