# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 22-20191-JAD |
| Marcus A. Costanza, ) | |
| Linda M. Costanza, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Related to Docs. #15, 28, 52 and 54 |
| ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒     a motion to dismiss case or certificate of default requesting dismissal

❑     a plan modification sought by: _____

❑     a motion to lift stay
        as to creditor    _____

❑     Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒❑ Chapter 13 Plan dated <u>February 4, 2022</u>
❑ Amended Chapter 13 Plan dated _____
is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒     Debtor(s) Plan payments shall be changed from $ <u>  1,169.00  </u> to $<u>1,235.00</u> per <u>month,</u> effective <u>August 1, 2025; and/or the Plan term shall be changed from ___ months to ____ months</u>.

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____
_____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Trustee's Certificate of Default at doc. 52 is resolved by this order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this __4th__ day of __August__, 202__5__

Dated: _____8/4/2025_____

_____
United States Bankruptcy Judge
Jeffery A. Deller

sjk

Stipulated by:

s/Amy L. Zema
Counsel to Debtor

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

cc:  All Parties in Interest to be served by Clerk

FILED
8/4/25 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 22-20191-JAD

Marcus A. Costanza                                                                    Chapter 13

Linda M. Costanza

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 3
Date Rcvd: Aug 04, 2025    Form ID: pdf900    Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus A. Costanza, 641 Virginia Avenue, Rochester, PA 15074-1254 |
| jdb | #+ | Linda M. Costanza, 641 Virginia Avenue, Rochester, PA 15074-1254 |
| 15463089 | ++ | FLAGSTAR BANK FSB, 5151 CORPORATE DRIVE, MAIL STOP E 115 3, TROY MI 48098-2639 address filed with court:, Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 15450937 | + | Judge Dale Nicolson, 513 11th Street, New Brighton, PA 15066-2040 |
| 15450945 | + | West Aircomm FCU, PO Box 568, Beaver, PA 15009-0568 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 04 2025 23:50:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15450924 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 04 2025 23:45:00 | Barclays Bank of Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15450925 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2025 00:06:03 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15450926 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2025 23:50:24 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15466150 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2025 23:50:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15639445 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2025 23:50:24 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15450927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2025 00:06:04 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 15450928 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2025 23:45:00 | Comenity Bank/Hot topic, PO Box 182120, Columbus, OH 43218-2120 |
| 15450929 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2025 23:45:00 | Comenity Capital Bank/Game Stop, PO Box 182120, Columbus, OH 43218-2120 |
| 15450930 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 04 2025 23:45:00 | Credit Management Co., 2121 Noblestown Rd., Pittsburgh, PA 15205-3956 |
| 15450931 | | Email/Text: mrdiscen@discover.com | Aug 04 2025 23:45:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15452985 | | Email/Text: mrdiscen@discover.com | | |

Case 22-20191-JAD   Doc 56   Filed 08/06/25   Entered 08/07/25 00:32:59   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 04, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Aug 04 2025 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15450932 | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Aug 04 2025 23:45:00 | Duquesne Light Company, 411 Seventh Avenue, Mail Drop 16-1, Pittsburgh, PA 15219-1942 |
| 15471201 | + | Email/Text: jdryer@bernsteinlaw.com | | |
| | | | Aug 04 2025 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15450933 | + | Email/Text: SAABankruptcy@fcbanking.com | | |
| | | | Aug 04 2025 23:45:00 | First Commonwealth Bank, 22 N. 6th St., Indiana, PA 15701-1802 |
| 15455409 | ^ | MEBN | | |
| | | | Aug 04 2025 23:44:53 | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 15450934 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 04 2025 23:45:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 16531935 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Aug 04 2025 23:45:00 | Flagstar Bank, N.A., Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9096 |
| 15450935 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 04 2025 23:45:00 | Jefferson Capital, 16 McLeland Rd., Saint Cloud, MN 56303 |
| 15471086 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 04 2025 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15450936 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Aug 05 2025 00:05:56 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15450938 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 04 2025 23:50:10 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15453217 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 05 2025 00:05:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15452856 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 05 2025 00:05:55 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15450939 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 04 2025 23:45:00 | Midland Credit Management, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 15459176 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 04 2025 23:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15450940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 05 2025 00:07:26 | Portfolio Recovery, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15464315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 04 2025 23:50:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15457866 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 04 2025 23:45:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15457612 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 04 2025 23:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15450941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 05 2025 00:05:59 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15451248 | ^ | MEBN | | |
| | | | Aug 04 2025 23:44:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15457578 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Aug 05 2025 00:06:01 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15450942 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 04 2025 23:45:00 | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |
| 15450943 | + | Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | | Aug 04 2025 23:45:00 | The Bureaus, 650 Dundee Rd., Suite 370, Northbrook, IL 60062-2757 |

Case 22-20191-JAD  Doc 56  Filed 08/06/25  Entered 08/07/25 00:32:59  Desc Imaged
Certificate of Notice  Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 04, 2025 | Form ID: pdf900 | Total Noticed: 41 |

| 15450944 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 04 2025 23:45:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
|---|---|---|---|

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | Flagstar Bank, N.A. |
| cr | | Midland Credit Management, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Marcus A. Costanza amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Linda M. Costanza amy@zemalawoffice.com |
| Denise Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7