**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MARCUS A. COSTANZA
LINDA M. COSTANZA
    Debtor(s)

Ronda J. Winnecour
    Movant
      vs.
No Respondents.

Case No.:22-20191 JAD

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/02/2022  and confirmed on 03/14/2022 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,400.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,395.00 |

Administrative Fees

| | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 2,133.25 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,133.25 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| FLAGSTAR BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6080 | | | | |
| FLAGSTAR BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6080 | | | | |
| FLAGSTAR BANK NA | 0.00 | 27,848.97 | 0.00 | 27,848.97 |
| Acct: 6080 | | | | |
| FLAGSTAR BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6080 | | | | |
| FIRST COMMONWEALTH BANK(*) | 9,896.05 | 6,360.19 | 1,052.59 | 7,412.78 |
| Acct: 6286 | | | | |
| | | | | 35,261.75 |
| Priority | | | | |
| AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARCUS A. COSTANZA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARCUS A. COSTANZA | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |

22-20191 JAD     **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**    

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| AMY L ZEMA ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6850 | | | | |
| LVNV FUNDING LLC | 1,112.44 | 0.00 | 0.00 | 0.00 |
| Acct: 7193 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,547.77 | 0.00 | 0.00 | 0.00 |
| Acct: 1318 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 420.56 | 0.00 | 0.00 | 0.00 |
| Acct: 8323 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 856.66 | 0.00 | 0.00 | 0.00 |
| Acct: 3107 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 620.42 | 0.00 | 0.00 | 0.00 |
| Acct: 5368 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7871 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5230 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR SE | 1,233.66 | 0.00 | 0.00 | 0.00 |
| Acct: 3925 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 109.20 | 0.00 | 0.00 | 0.00 |
| Acct: 4372 | | | | |
| DISCOVER BANK(*) | 1,180.08 | 0.00 | 0.00 | 0.00 |
| Acct: 9347 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 3,388.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7833 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6178 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0146 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0167 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0361 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 853.08 | 0.00 | 0.00 | 0.00 |
| Acct: 0457 | | | | |
| LVNV FUNDING LLC | 514.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1518 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3250 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1874 | | | | |
| THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1613 | | | | |
| LVNV FUNDING LLC | 1,921.20 | 0.00 | 0.00 | 0.00 |
| Acct: 8040 | | | | |
| WEST AIR COMM FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2020 | | | | |
| LVNV FUNDING LLC | 237.64 | 0.00 | 0.00 | 0.00 |
| Acct: 6226 | | | | |
| LVNV FUNDING LLC | 525.26 | 0.00 | 0.00 | 0.00 |
| Acct: 6174 | | | | |
| T MOBILE/T-MOBILE USA INC BY AMERIC. | 1,080.87 | 0.00 | 0.00 | 0.00 |
| Acct: 9889 | | | | |

| 22-20191 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| QUANTUM3 GROUP LLC - AGENT FOR CF<br>Acct: 2889 | 246.47 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK**<br>Acct: 3020 | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCGRATH MCCALL PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 35,261.75 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 0.00 |
|---|---|
| SECURED | 9,896.05 |
| UNSECURED | 15.848.36 |

Date: 02/11/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com