# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Marcus A. Costanza** <br> **Linda M. Costanza** <br>                       **Debtors** | **BK NO. 22-20191 JAD** <br><br> **Chapter 13** |
| **FLAGSTAR BANK, FSB** <br>                       **Movant** <br><br> vs. | **Related to Claim No. 13** |
| **Marcus A. Costanza** <br> **Linda M. Costanza** <br>                       **Debtors** | |
| **Ronda J. Winnecour, Esq.** <br>                       **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esq. of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 6 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtors</u>
Marcus A. Costanza
641 Virginia Avenue
Rochester, PA 15074

Linda M. Costanza
641 Virginia Avenue
Rochester, PA 15074

<u>Attorney for Debtors</u>
Amy L. Zema
Law Office of Amy L. Zema
2366 Golden Mile Highway, #155 (VIA ECF)
Pittsburgh, PA 15239

<u>Trustee</u>
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street (VIA ECF)
Pittsburgh, PA 15219

Method of Service: Electronic means or first-class mail.

Dated: April 6, 2023

                                                                                         **/s/Brian C. Nicholas Esquire**
                                                                                         Brian C. Nicholas Esquire
                                                                                         Attorney I.D. 317240
                                                                                         KML Law Group, P.C.
                                                                                         BNY Mellon Independence Center
                                                                                         701 Market Street, Suite 5000
                                                                                         Philadelphia, PA 19106
                                                                                         201-549-5366
                                                                                         bnicholas@kmllawgroup.com